ORIGINAL

FILED
2008 AUG 15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____KNH_____DEPUTY

LATHAM & WATKINS LLP
   Belinda S Lee (Bar No.199635)
   belinda.lee@lw.com
   Courtney E. Vaudreuil (Bar No. 223439)
   courtney.vaudreuil@lw.com
355 South Grand Avenue
Los Angeles, California 90071
Telephone: +1.213.485.1234
Facsimile: +1.213.891.8763

Attorneys for Defendant
AutoZone, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WATKINS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br>AUTOZONE, INC., a Nevada corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. '08 CV 1509 H AJB<br><br>NOTICE OF PARTY WITH FINANCIAL INTEREST<br><br>[Diversity Jurisdiction, 28 U.S.C. 1332(d)(2), 1453, 1441, 1446] |

    Pursuant to Local Civil Rule 40.2, Defendant AutoZone, Inc. files this Notice of Party with Financial Interest. AutoZone, Inc. does not have a parent corporation, nor does any publicly held company own more than 10% of AutoZone, Inc. stock.

Dated: August 15, 2008

Respectfully submitted,

LATHAM & WATKINS LLP
Belinda S Lee
Courtney E. Vaudreuil

By _Courtney E. Vaudreuil_
Courtney E. Vaudreuil
Attorneys for Defendant
AutoZone, Inc.

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 W. Broadway, Suite 1800, San Diego, CA 90210.

On August 15, 2008, I served the following document described as:

**NOTICE OF PARTY WITH FINANCIAL INTEREST**

by serving a true copy of the above-described document in the following manner:

**BY OVERNIGHT MAIL DELIVERY**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Express Mail or other express service carrier. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained for receipt of overnight mail by Express Mail or other express service carrier; such documents are delivered for overnight mail delivery by Express Mail or other express service carrier on that same day in the ordinary course of business, with delivery fees thereon fully prepaid and/or provided for. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Express Mail or other express service carrier:

| | |
|---|---|
| James M. Lindsay, Esq.<br>Gene J. Stonebarger, Esq.<br>Richard D. Lambert, Esq.<br>Lindsay & Stonebarger<br>620 Coolidge Drive, Suite 225<br>Folsom, CA 95630<br>Telephone: (916) 294-0002<br>Facsimile: (916) 294-0012<br>email: jlindsay@lindstonelaw.com<br>        gstonebarger@lindstonelaw.com | **Attorneys for Plaintiff Matthew Watkins** |
| James R. Patterson, Esq.<br>Cary A. Kinkead, Esq.<br>HARRISON, PATTERSON & O'CONNOR LLP<br>402 West Broadway, 29th Floor<br>San Diego, CA 92101<br>Telephone: (619) 756-6990<br>Facsimile: (619) 756-6991<br>email: jpatterson@hpolaw.com<br>        ckinkead@hpolaw.com | **Attorneys for Plaintiff Matthew Watkins** |

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 15, 2008, at San Diego, California.

Michelle Wright

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

LA\1891128.1