UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WATKINS, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>AUTOZONE PARTS, INC., a Nevada corporation; AUTOZONE STORES, INC., a Nevada corporation; AUTOZONE WEST, INC., a Delaware corporation; and DOES 4 through 50, inclusive,<br><br>　　　　　　　　Defendants. | Civil No.08cv1509 H (AJB)<br><br>ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |

On December 18, 2009, the Court convened a Case Management Conference in the above entitled action. Appearing were Gene Stonebarger, Esq. on behalf of plaintiff and Jennifer Carmassi, Esq. on behalf of defendant.

Counsel report that they are closing in on settlement. With a little bit more time, the case may be concluded without the need for further litigation. Based thereon, the Court declines to set further dates at this time and continues the telephonic Case Management Conference for ***January 27, 2010 at 9:00***

*//*

*//*

*//*

*//*

1  *a.m.*  This conference will again be telephonic and counsel will make arrangements for the call.

2  IT IS SO ORDERED.

3  DATED:  December 21, 2009

4  _____
   Hon. Anthony J. Battaglia
5  U.S. Magistrate Judge
   United States District Court